```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
Noicole Rios,                         :
                                      :
                                      :    23 CV 9839 (LAP)
                    Plaintiff(s),     :
                                      :      ORDER
       -against-                      :
                                      :
Max Mara USA Inc, et al.,             :
                                      :
                    Defendant(s).     :
                                      :
--------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

       ORDERED that counsel are directed to appear via telephone on March 26, 2024 at 12:30 pm for a Pretrial conference in the above action. The dial-in for the conference is (877) 402-9753, access code 6545179.

SO ORDERED.

                            *Loretta A. Presley* (signature)

                            LORETTA A. PRESKA,

                            Senior U.S.D.J.

Dated: March 19, 2024

New York, New York