

Brittany Weiner, Esq.
Direct Dial: (646) 767-2271
Facsimile: (212) 658-9177
E-mail: brittany@lawicm.com

March 21, 2024

**<u>VIA ECF</u>**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Nicole Rios v. MaxMara USA Inc., et al*
      Civil Case No.: 23-cv-09839

Dear Judge Preska:

Our firm represents the Plaintiff, Nicole Rios, and writes this letter to respectfully request an adjournment of the pre-trial conference scheduled for March 26, 2024. I began a trial on March 20, 2024 in the Supreme Court for the State of New York. This trial is anticipated to last until at least April 3, 2024. This is Plaintiff's first request to adjourn the pretrial conference. Defendants consent to this request. The parties have conferred and are available on April 8 (from 12pm-3pm), April 10 (from 10:30-11:30 or after 3:00pm) or April 11 (after 10:30am) for the conference.

Respectfully submitted,

/s/ *<u>Brittany Weiner</u>*
Brittany Weiner, Esq.


cc:   Counsel for Defendants via ECF


```
Plaintiff's request to adjourn the pre-trial
conference in the above-captioned case is granted.
The conference is adjourned to 11:30 a.m. on April 11,
2024.

SO ORDERED.

Dated:  March 21, 2024
```

_____
LORETTA A. PRESKA, U.S.D.J.