

Brittany Weiner, Esq.
Direct Dial: (646) 767-2271
Facsimile: (212) 658-9177
E-mail: brittany@lawicm.com

April 9, 2024

**VIA ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Nicole Rios v. MaxMara USA Inc., et al*
        Civil Case No.: 23-cv-09839

Dear Judge Preska:

Our firm represents the Plaintiff, Nicole Rios, and writes this letter to respectfully request an adjournment of the pre-trial conference scheduled for April 11, 2024. I began a trial on March 20, 2024 in the Supreme Court for the State of New York. The trial has run significantly longer than anticipated and has not concluded. This is Plaintiff's second request to adjourn the conference. Defendants consent to the request. The parties have conferred and are available for the conference as follows:

April 16: 10am-1pm

April 17: 11am-12pm; 2:30pm-4:30pm

April 30: 11:30am-4pm

Respectfully submitted,

/s/ *Brittany Weiner*
Brittany Weiner, Esq.

cc:     Counsel for Defendants via ECF

cc:     Counsel for Defendants via ECF

```
Plaintiff's request is granted.  The
pretrial telephone conference is adjourned
to April 16, 2024, at 10:30 a.m.

SO ORDERED.

Dated:  April 10, 2024
```

LORETTA A. PRESKA, U.S.D.J.