UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE RIOS,

               Plaintiff,

-against-

MAX MARA USA INC., et al.,

               Defendants.

No. 23-CV-9839 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

     Plaintiff, counsel for Plaintiff, counsel for Defendants, and a representative for Defendants with authority to make business decisions on Defendants' behalf shall appear for a settlement conference at 10:00 a.m. on May 20, 2024.  The settlement conference shall take place in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    April 17, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge