```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| NICOLE RIOS,<br><br>                    Plaintiff,<br><br>-against-<br><br>MAX MARA USA INC., et al.,<br><br>                    Defendants. | No. 23-CV-9839 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Trial in the above-captioned case is hereby scheduled for July 22, 2024.  The parties shall submit a proposed schedule for filing motions <u>in limine</u>, oppositions to motions <u>in limine</u>, joint proposed jury instructions, and proposed <u>voir dire</u> questions no later than June 10, 2024.

**SO ORDERED.**

Dated:     May 22, 2024
           New York, New York

_/s/ Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge