```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| NICOLE RIOS,<br><br>           Plaintiff,<br><br>-against-<br><br>MAX MARA USA INC., et al.,<br><br>           Defendants. | No. 23-CV-9839 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the Case Management Plan and Scheduling Order entered in the above-captioned case, (see dkt. no. 24), the trial previously scheduled for July 22, 2024, (see dkt. no. 22), and deadlines for filing motions in limine, oppositions to motions in limine, joint proposed jury instructions, and proposed voir dire questions are hereby adjourned sine die.

**SO ORDERED.**

Dated:    June 3, 2024
           New York, New York

                                        */s/ Loretta A. Preska*
                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge