# BakerHostetler

**Baker&Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Matthew C. Berger
direct dial: 212.589.4266
mberger@bakerlaw.com

September 18, 2024

**VIA ECF**

The Honorable Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

    Re:    <u>Nicole Rios v. Max Mara USA, Inc., et al.</u> - Case No. 1:23-cv-09839 (LAP)

Dear Judge Preska:

    Pursuant to the Court's May 28, 2024 Scheduling Order, the parties are scheduled to attend a case management conference on September 26, 2024, at 10:00 a.m. (Dkt. 24.) In light of the Court's Order staying discovery (Dkt. 34), Defendants Max Mara USA, Inc. (collectively, "Defendants") respectfully request an adjournment of the September 26 conference. This is Defendants' first adjournment request and, if granted, the adjournment will not affect any other scheduled dates. Plaintiff Nicole Rios consents to this request.

    We thank the Court for its time and consideration of this request.

*granted.*

**SO ORDERED**
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

9/18/24

Respectfully submitted,

**BAKER & HOSTETLER LLP**

/s/ *Matthew C. Berger*
Amy J. Traub
Matthew C. Berger

cc: All Counsel of Record (via ECF)



Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington