**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
NICOLE RIOS,

                Plaintiff,                        23 **CIVIL** 9839 (LAP)

    -against-                               <u>**JUDGMENT**</u>

MAX MARA USA INC. AND JEFFREY FONSECA,

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated January 10, 2025, Defendants' motion for judgment on the pleadings is granted; accordingly, this case is closed.

**Dated:** New York, New York
          January 14, 2025

                                                  **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                **BY:**             *[signature]*
                                                    **Deputy Clerk**